UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR R. HARVEY,<br><br>        Plaintiff,<br><br> -against-<br><br>FREDERRICK RHOADES; DR. LINDSAY JORDAN; DR. GRIER; MATTHEW SHATZELL, OMH,<br><br>        Defendants. | 24-cv-7921(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 15, 2025
    New York, New York

              /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
            Chief United States District Judge